ROSWELL W. DRIGGS, Respondent, *v.* SETH P. BLISS, Appellant.

(Argued February 15, 1878; decided February 22, 1878.)

*E. C. Robbins* for appellant.

*E. B. Vedder* for respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.